UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ANDRE GRANT )
    Plaintiff, )
)
v. ) Civil Action No. 1:12-CV-03179-RPM-CBS
)
PERFORMANT RECOVERY, INC, et al. )
    Defendants, )
)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits without prejudice, without costs, disbursements or attorney's fees to any party.

**CONSUMER RIGHTS LAW FIRM, PLLC**

Dated: 2/13/13

By /s/ Kevin V. K. Crick, Esq.
Kevin V. K. Crick
Massachusetts BBO# 680950
300 Brickstone Square, Suite 902
Andover, MA 01810
Phone: (978) 212-3300
Fax: (978) 409-1846
Email: kevinc@consumerlawfirmcenter.com

**ADAM L. PLOTKIN, P.C.**

Dated: 2/13/13

By /s/ Steven J. Wienczkowski, Esq.
Steven J. Wienczkowski, Esq.
621 Seventeenth Street, Suite 1800
Denver, Colorado
Tel. (303) 382-0528
Fax (303) 382-6139
swienczkowski@alp-pc.com

## PROOF OF SERVICE

    I hereby certify that on February 13, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                                            /s/ Kevin V. K. Crick, Esq.