IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03179-RPM-CBS

ANDRE GRANT,

    Plaintiff,

v.

PERFORMANCE RECOVERY, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL WITHOUT PREJUDICE
_____

    Pursuant to the Stipulation of Dismissal without Prejudice [19] filed February 13, 2013, it is

    ORDERED that the complaint is dismissed without prejudice.

    DATED: February 14th, 2013

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior District Judge